

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Joshua Carmel*
*Assistant United States Attorney*

*402 East State Street*
*Room 430*
*Trenton, NJ 08608*

*Main: (609) 989-2190*
*Direct: (973) 902-5441*
*joshua.carmel@usdoj.gov*

July 10, 2026

<u>**Via Electronic Filing**</u>
Hon. Robert Kirsch, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
Trenton, New Jersey 08608

   **Re: *Tzi Coc v. Blanche, et al.,* No. 26-cv-05798 (RK)**
     **Petitioner's Bond Hearing Before an Immigration Judge**

Dear Judge Kirsch:

  This Office represents Respondents in the above-captioned habeas matter filed by Petitioner Cesar Rolando Tzi Coc. In accordance with the Court's July 2, 2026, Text Order (ECF No. 4), Petitioner appeared for a bond hearing on July 9, 2026, before the Elizabeth Immigration Court. The Immigration Court ultimately released Petitioner "from custody under bond of $12,500." Ex. 1 at 1 (July 9, 2026, Order of the Immigration Judge). Accordingly, Respondents respectfully request that the Court close this matter.

  We thank the Court for its consideration of this matter.

        So Ordered this <u>13th</u> day of <u>July</u>, 2026.

        _____
        Robert Kirsch, U.S.D.J.

Hon. Robert Kirsch, U.S.D.J.
July 10, 2026
Page 2

                        Respectfully submitted,

                        ROBERT FRAZER
                        UNITED STATES ATTORNEY

                        *s/ Joshua Carmel*
        By:   JOSHUA CARMEL
                        Assistant United States Attorney
                        *Attorneys for Respondents*

cc:    All counsel of record (*via ECF*)

Encl.